ANTHONY BLAKE, Appellant, v VLADIMIR KESELMAN, Defendant, and TRIO COLLISION WORKS, INC., Respondent. (Action

No. 1.) PAULINE WALLACE, Individually and as Administratrix of the Estate of ROGER WILLIAMS, Deceased, Appellant, v TRIO COLLISION, Respondent, et al., Defendants. (Action No. 2.) [639 NYS2d 749]

Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.